# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000  Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

December 5, 2007

**VIA FACSIMILE**
Honorable Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas St., Room 275
White Plains, NY 10601

      Re:    Joseph Simmons v. Chemprene, Inc.
             SDNY 07 CIV 10447

Dear Honorable Judge Brieant:

    In accordance with our earlier teleconference with your law secretary, Alice, and plaintiff's counsel Ira Maurer, we respectfully request that the defendant's time to appear or answer be enlarged to January 25, 2008.

    We further request that the Scheduling Conference presently scheduled to be held on January 11, 2008 be adjourned to January 25, 2008.

    These requests are made by this firm in order to provide the defendant's general liability insurer and workers' compensation insurer to determine which policy coverage is triggered by the claims contained in the plaintiff's complaint related to this action.

    Plaintiff's counsel has consent to these requests. Thank you for your time and attention. If the Court has any inquires, please feel free to contact the undersigned.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Jennifer S. Ng (JN-4656)

1830573.1