Filed Electronically

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSEPH H. SIMMONS                              :
                                                 07 CV 10447 (CLB)(LMS)
                  Plaintiff,            :

       -against-                                   :    FRCP 7.1 Statement

CHEMPRENE, INC.,                               :

                 Defendant.         :
------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure Rule 7.1, defendant Chemprene Inc. is a wholly-owned subsidiary of Gamma Holding USA, Inc., a Delaware corporation. Gamma Holding USA, Inc. is owned by Gamma Holding NV, a Dutch Holding Company with headquarters located in Helmond, The Netherlands. Chemprene, Inc. and Gamma Holding USA, Inc. are not publicly traded, but Gamma Holding NV is publicly traded on the Euronext Amsterdam stock exchange.

Dated:    New York, New York
            January 23, 2008
                                    Yours, etc.

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    By:    /s/ Harry P. Brett
                           Harry P. Brett (HPB-3740)
                           Attorneys for Defendant
                           CHEMPRENE, INC.
                           3 Gannet Drive
                           White Plains, NY  10604
                           (914) 323-7000  (phone)
                           (914) 323-7001 (fax)
                           File No.: 09870.00009

1864849.1

-2-

To:    Ira Maurer, Esq.
Cahill , Goetsch & Maurer, P.C.
Attorneys for Plaintiff
1 Croton Point Avenue
Croton on Hudson, NY 10520
914-271-9474 (phone)
914-271-9476 (fax)

-2-

1864849.1