# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000    Fax: 914.323.7001

*Albany ●Baltimore ●Boston ●Chicago ●Dallas ●Garden City ●Houston ●Las Vegas ●London ●Los Angeles ●McLean
Miami ●Newark ●New York ●Orlando ●Philadelphia ●San Diego ●San Francisco ●Stamford ●Washington, DC ●White Plains
Affiliates:  Berlin ●Cologne ●Frankfurt ●Mexico City ●Munich ●Paris*

—

**www.wilsonelser.com**

January 24, 2008

Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Joseph Simmons v. Chemprene, Inc.
             <u>SDNY 07 CIV 10447</u>

Dear Clerk:

      As the court's records reflect this firm represents the defendant in the above-reference action.  By way of this letter, I request that you add me to the notice list for all ECF filing for this action.

      Thank you for your assistance.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Jennifer S. Ng

Jennifer S. Ng (JN-4656)

1867735.1