# CAHILL, GOETSCH & MAURER, P.C.
ATTORNEYS AT LAW
1 CROTON POINT AVENUE
CROTON-ON-HUDSON, NY 10520

Tel: (914) 271-9474
Fax: (914)-271-9476

IRA M. MAURER†
ira@trainlaw.com
†Admitted in New York only

CONNECTICUT OFFICE:
43 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL: 203-777-1000
FAX: 203-865-5904
info@trainlaw.com

**MEMO ENDORSED**

January 28, 2008

**BY FAX 390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   RE:   Simmons v. Chemprene, Inc.
         07 Civ. 10447(CLB)(LMS)

Dear Judge Brieant:

   This letter is written to advise the Court that plaintiff has no objection to the Court entering an Order dismissing the Complaint with leave to file in State Court. My apologies for any inconvenience to the Court.

                                          Respectfully,

                                          *Maurer*

                                          Ira M. Maurer, Esq.

IMM/im
cc via fax:
Jennifer Heitman, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
fax - 914-323-7001

*The within action is dismissed without prejudice and without costs for want of jurisdiction*
*January 29, 2008*
                                          SO ORDERED

                                          *Charles Brieant*
                                          USDJ